IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE MARIE LISTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 18-3105 |
| ANDREW SAUL, Commissioner | : | |
| of Social Security | : | |

## **O R D E R**

AND NOW, this  17th         day of   July            , 2020, upon

careful and independent consideration, the record reveals that the record as a

whole contains substantial evidence to support the ALJ's findings of fact and

conclusions of law.  Therefore, it is hereby ORDERED that:

1.      The Report and Recommendation is APPROVED AND ADOPTED;

2.      Judgment is entered REVERSING the decision of the Commissioner of
Social Security for the purposes of this remand only and the relief sought
by Plaintiff is GRANTED to the extent that the matter is REMANDED for
further proceedings consistent with this adjudication; and

3.      The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.